UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ethal Ann Vinson,**

    **Plaintiff,**

    **v.**                                           Case No. 2:14–cv–2092

**Commissioner of Social Security,**        Judge Michael H. Watson

    **Defendant.**

### ORDER

On February 16, 2016, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Ethal Ann Vinson's ("Plaintiff") Statement of Specific Errors in this Social Security case. ECF No. 24. Magistrate Judge Deavers recommended the Court reverse the Commissioner of Social Security's ("Commissioner") non-disability finding and remand the case to the Commissioner and Administrative Law Judge ("ALJ"). *Id.* at 11–12.

Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 12. Magistrate Judge Deavers also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court

adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Specific Errors is sustained, and this case is remanded to the Commissioner and ALJ for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**